UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEEM SAQIB,<br><br>Petitioner,<br><br>v.<br><br>WARDEN ANDREWS, et al.,<br><br>Respondents. | No. 1:25-cv-02035-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 1, 3, 10) |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2026, the magistrate judge filed findings and recommendations recommending Petitioner's habeas petition be granted as to Claim One and Claim Four, in which Petitioner alleges his re-detention violates Due Process and the applicable regulations 8 C.F.R. 241.13(i), because Respondents failed to demonstrate Petitioner's removal to Pakistan is reasonably foreseeable and Respondents failed to comply with the applicable regulations in revoking Petitioner's release. ECF No. 10. The findings and recommendations were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. *Id*. Respondents filed objections to the findings and recommendations. ECF No. 11. However, in those objections, Respondents merely state that

they object "[f]or the reasons set forth in Respondents' previous briefing." *Id.* Those arguments were addressed by the magistrate judge and have already been rejected by this court. *See Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025), *Vuong v. Becerra,* 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D. Cal. Dec. 22, 2025), and *El-Ghazaly v. Chestnut,* 1:25-cv-01621-DC-CKD, 2025 WL 3485030 (E.D. Cal. Dec. 4, 2025). Thus, Respondent's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are ADOPTED;

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED as to Claims One and Four, and DENIED as to Claims Two and Three;

3. Petitioner Saleem Saqib is ordered to be released immediately from Respondents' custody under the same supervision conditions he was previously released in his August 24, 2009 order of supervision. Respondents are enjoined and restrained from re-detaining petitioner absent compliance with constitutional protections, which include, at a minimum, compliance with the requirements of 8 C.F.R. § 241.13(i) for revocation of release, and any other applicable statutory and regulatory procedures;

4. Petitioner's motion for the appointment of counsel (ECF No. 3) is DENIED as having been rendered moot by this order; and

5. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **February 13, 2026**

Dena Coggins
United States District Judge